IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BENNIE DAVID GUY
ADC#72720                                                                    PLAINTIFF

v.                                  3:11-cv-84-DPM

ED LAXTON, County Investigator,
Critten County, Arkansas; and
CHET DUNLAP, Attorney                                                    DEFENDANTS

## JUDGMENT

Guy's complaint is dismissed with prejudice except for the Crittenden County § 1983 conspiracy claim, which is dismissed without prejudice. This dismissal counts as a "strike" under 28 U.S.C. § 1915 (g).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 July 2011